ON 04-24-2024 @ WILDWOOD PRETRIAL FACILITY, AT APPROXIMATELY 1930 HOURS, OFC. ST. JOHN & OFC. BOSCHERO ENTERED THE MAX HOUSING UNIT TO ESCORT ME FROM THE LOCKED SHOWER, WHERE I WAS @, ALREADY SECURED IN HANDCUFFS. AS OFC. ST. JOHN GOT TO THE SHOWER DOOR HE INSTRUCTED ME TO GO TO THE BACK OF THE SHOWER & FACE THE WALL. THIS BEING AN UNUSUAL REQUEST TO ME I ASKED WHY, & AT THAT TIME OFC. ST. JOHN SAID I WAS GOING TO BE "TACTICALLY ESCORTED", WICH FROM PERSONAL EXPERIENCE, I KNEW TO MEAN HANDCUFFED BEHIND MY BACK, BENT OVER @ THE WAIST WITH MY ARMS TO PULLED UPWARDS & WALKED BACKWARDS. I THEN CALMLY STATED THAT I WOULD NOT BE WALKED THAT WAY & THAT I WANTED TO SPEAK TO THE SHIFT SERGEANT. OFC. ST. JOHN STATED IF WASN'T GOING TO TURN AROUND SO THEY COULD REMOVE ME THEN I WOULD JUST REMAIN LOCKED IN THE MAX SHOWER & REMAIN CUFFED. I SAID OK & BOTH OFFICERS THEN BEGAN TO LEAVE THE MAX UNIT. UPON REACHING THE EXIT DOOR, THE SHIFT SGT. SGT. SMITH COMMUNICATED

OVER THE RADIO, STATING "REMOVE VALDEZ BY ANY MEANS & BRING HIM TOO BOOKING". AT THAT TIME, BOTH OFFICERS AGAIN CAME TO THE SHOWER, OFC. ST. JOHN ON THE RIGHT & OFC. BOSCHERO ON THE LEFT. OFC. ST. JOHN OPENED THE SHOWER DOOR & SAID "LETS GO MR. VALDEZ". CO-OPERATING, I THEN STEPPED FORWARD. OFC. BOSCHERO THEN GRABBED MY LEFT ARM & ST. JOHN GRABBED MY RIGHT ARM & WE BEGAN WALKING TOWARDS THE EXIT DOOR. ABOUT HALFWAY THROUGH THE UNIT, MY FEET BEING WET FROM THE SHOWER FLOOR, I LOST MY FOOTING & ATTEMPTED TO BRACE MYSELF AS I WAS RESTRAINED. OFC. ST. JOHN, WITHOUT PROVOCATION THE ROLLED ME OVER HIS LEFT SHOULDER & BOTH HIM & OFC. BOSCHERO PUSHED\SLAMMED ME INTO THE CONCRETE, MY FACE BEING DRIVEN INTO THE GROUND FIRST. I STRUCK THE CONCRETE WITH ENOUGH FORCE TO MOMENTARILY RENDER ME UNCONSCIOUS.

THE NEXT SEVERAL MINUTES ARE FOGGY IN PERSONAL MEMORY. WHAT CAN BE SUPPORTED BY OFC. TESTIMONY & WRITTEN REPORTS ARE

- **FACT #1:** OFC. BOSQNERO CONDUCTED A "THIGH LOCK" PERSONAL RESTRAINT TECHNIQUE ON ME, PINNING MY NECK & HEAD TO THE FLOOR WITH HIS KNEES. CAUSING SO MUCH PAIN I BEGGED HIM TO STOP, TO WHICH HE REPLIED "ILL STOP WHEN YOU STOP BEING STUPID"

- **FACT #2:** OFC. ALLIGOOD PINNED MY LEGS IN A "FIGURE 8" PERSONAL RESTRAINT TECHNIQUE, PUSHING MY FEET SO FAR UP MY BACK MY HEELS WERE PRESSING AGAINST THE BACK OF MY HEAD, CAUSING SEVERE PAIN TO MY HIPS & BACK.

- **FACT #3:** AFTER LOSING CONCIOUSNESS FOR THE SECOND TIME, COMING TO, I HEARD AN UNKNOWN OFFICER STATE "LETS JUST DRAG HIS STUPID ASS", THEN OFC. ST. JOHN, OFC. BOSQNERO, OFC. ALLIGOOD, OFC. OLERICH & OFC. BRUSSARD ATTEMPTED TO STAND ME UP. BEING DIZZY, FAINT & HOBBLED BY THE ANKLE IRONS, I WAS UNABLE TO WALK.

me from the max housing unit to a booking holding cell. An officer each grabbed an arm -(which remained cuffed behind my back for the duration of the incident)- an officer grabbed my waistband behind me & an officer grabbed the chain to my ankle irons, all points of contact being excrutiatingly painful. By the time I was brought to the booking cell my arms were numb, my paints were pulled down exposing my genitals, & my ankles were numb & swollen.

I then explained to shift Sergeant Smith I was dizzy, faint, didnt know what was going on. He called medical & a nurse came to take pictures of the injuries to my face & head. While waiting for transport to Kenai Central Peninsula Hospital Sgt. Smith approached me & said, "you will do what I want. Youre going back to your flooded cell when you get back, even if we have to do that to you again".