D.

All officers listed were acting under orders of thier supervisory Sgt.'s demands. Tactical techniques & personal restraint techniques were initiated against me.

1.) Ofc. St. John "escorted\assisted" me to the ground.

2.) Ofc. Boschero used a "Thigh Lock", using his knee to press my head to the ground.

3.) Ofc. Alligood used a "Figure 4" method to help "further restrain" me.

4.) All actions were either ordered, condoned, or employed & overlooked by supervisory Sgt. Smith.

ATTACHMENT 2 (D)