ATTACHMENT 3



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS



## Request For Interview Form:
(NOTE: Do not use for medical emergencies!)

| Printed Name: | Valdez, Brandon | Institution: | Wildwood Pretrial | | |
|---|---|---|---|---|---|
| | | | | | |
| Offender #: | 531930 | Mod / Quad: | 615 | Date: | 06/06/24 |

| To: | Facility Standards Officer Eady |
|---|---|
| Request: | In Response to Screened Grievance WP 24-12 |

***See Original Grievance for inmate request***

Prisoner Signature:

Final Action Taken: I concur with FSO Eady on the screening of your grievance and find that it should/could have been screened for several other reasons as well. First, this is indeed the result of a disciplinary issue. The incident which you describe was a staff response to a series of events for which you received C-15, C-19, and D-4 infractions. Your grievance is factually incredible as it does not include this information. Your relief sought is unclear as the relief sought cannot be granted through the grievance process. You have also already been in contact with AST so that Part of the requested relief is no longer necessary. You also state that you have not filed in open court, and I will concur That an open court filing has not happened. However, you have submitted Letters of Intent and have been very vocal Regarding preparing a federal lawsuit. You submitted your Letters of Intent prior to filing this grievance which should Have been completed prior to those filings.

I find that this grievance was correctly screened for one of many deficiencies as defined in policy 808.03.

Employee Signature: [signature]   Employee Printed Name: Barany   Date: 06.06.24

Check here if response to prisoner was made verbally: ☐ (Not allowed for Medical RFIs.)

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Distribution:
Security RFI:
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

Medical RFI:
Original scanned in to EHR and then to medical records.
Copy to prisoner.



STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

## Request For Interview Form:
(NOTE: Do not use for medical emergencies!)

| Printed Name: | BRENDON VALDEZ | Institution: | WPT | | |
|---|---|---|---|---|---|
| Offender #: | 531930 | Room: | ~~110~~ 615 | Date: | 05-21-24 |

To: FACILITY STANDARDS OFFICER EADY
Request: IN RESPONSE TO SCREENED GRIEVANCE : WP24-12
SIR, I BELIEVE THE SCREENING OF THE GRIEVANCE IS IN ERROR. STATE & FEDERAL LAW REQUIRE THAT I EXHAUST ALL DEPARTMENTAL LEVELS OF REMEDY BEFORE FILING IN OPEN COURT. I NOW SUBMIT THIS GRIEVANCE BACK TO YOU FOR FURTHER PROCESSING AS THE ISSUE BEING GRIEVED HAS NOT BEEN FILED IN OPEN COURT.

THANK YOU FOR YOUR TIME & CONSIDERATION. PLEASE PROVIDE A CLEAR & CONCISE WRITTEN RESPONSE.

Prisoner Signature: [signed]

Action Taken: See Attached Response.

Employee Signature: [signed]  Employee Printed Name: Boney  Date: 5/30/2024

Final Action Taken:

Employee Signature:  Employee Printed Name:  Date:

Check here if response to prisoner was made verbally: ☐ (Not allowed for medical RFIs.)

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Distribution: Original to Prisoner Case Record.
Copy to Prisoner. (Unless response was made verbally.)

DOC, Form 808.11A          Page 1 of 2          Rev: 03/21/18

Case 3:25-cv-00042-SLG   Document 1-3   Filed 02/28/25   Page 2 of 5

# STATE OF ALASKA
# DEPARTMENT OF CORRECTIONS

## GRIEVANCE SCREENING FORM

**To:**
- Prisoner's Name: Valdez, Brendon
- Offender Number: 531930
- DIO Grievance #: WP24-12
- FSO Grievance #:
- Institution: Wildwood Pretrial

| | Your grievance is being returned to you for one or more reasons below: |
|---|---|
| a. | The action or decision being grieved is not a grievable issue as specified in section VI.E. of DOC Policy #808.03. |
| b. | The grievance is not within the institution's or the Department's jurisdiction. |
| c. | The issued grieved was not first addressed informally. |
| d. | This issue was already grieved by the prisoner or by another prisoner and resolved. |
| e. | The grievance was submitted on behalf of another prisoner who is able to file his or her own grievance. |
| f. | The grievance form is not filled out completely. |
| g. | The grievance was not filed within 30 days of the action or incident. |
| h. | The grievance is grieving on action not yet taken. |
| i. | The grievance contains inappropriate use of obscene or profane words. |
| j. | The grievance is factually incredible or clearly devoid of merit. |
| k. | The specific relief sought is unclear. |
| l. | The grievance raises unrelated issues that should be presented in separate grievances. |
| m. | The grievance is against the Facility Manager, but is not for action taken directly by the Facility Manager. |
| n. X | The grievance is on an issue the prisoner is currently litigating in the court system. |
| o. | The above noted reason (s) for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision. |
| | Mr. Valdez, this grievance was assigned an investigator, however, just a few days later information was brought to Wildwood that you already had open litigation against the State on this subject and therefore cannot also file a grievance per DOC Policy 808.03 VI. E. 2. h. |

You have two options in response to a screened grievance. (See Policy 808.03.)

1. You can correct the deficiency that caused a grievance to be screened and resubmit the grievance within two working days of receipt of the screening form; or

2. You may appeal the Screened Grievance if you believe the screening decision is incorrect. You must state in writing on the Request for Interview Form (Form 808.11A) why the screening is incorrect, attach it to the grievance and the screening form, and return it to the Facility Standards Officer within two working days after receiving the screening decision. **Appeal Due: 05/23/2024**

5-20-24
Date

_Signature of Facility Standards Officer_

Distribution: Original to Prisoner Case File
Facility Standards Officer
Prisoner



THE STATE of **ALASKA**
GOVERNOR MICHAEL J. DUNLEAVY

**Department of Corrections**

DIVISION OF INSTITUTIONS
WILDWOOD CORRECTIONAL COMPLEX

10 Chugach Ave.
Kenai, Alaska 99611
Main: 907.260.7200
Fax: 907.260.7208

| | | | |
|---|---|---|---|
| To: | Supt. Barcus | Date: | May 16, 2024 |
| From: | Ofc. Eady, Facility Standards Officer<br>Superintendent Einerson<br>Wildwood Correctional Complex | Telephone: | 907-260-7206 |
| | | Facsimile: | 907-260-7208 |
| Subject: | Grievance Investigation WP24-12 | | |

**Offender:** Valdez, Brendon
**ACOMS:** 531930
**Log:** WP24-12

# Date due: 05/31/2024

The Facility Standards Officer at the Wildwood Correctional Complex has reviewed the attached grievance and determined that the subject requires an investigation. Please investigate the attached grievance and submit your response to the Facility Standards Officer by the above date.

If necessary, please refer to Policy and Procedure 808.03 Prisoner Grievances.

# STATE OF ALASKA
# DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE
### PART ONE

| PRINT NAME | INSTITUTION/MODULE | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|---|
| BRENDON VALDEZ | ACC-EAST | 531930 | | WP24-12 |

| INCIDENT DATE | TODAY'S DATE |
|---|---|
| 04-24-2024 | 05-13-2024 |

**BEFORE YOU COMPLETE THIS FORM:**
1. Is this about an incident that is other than a disciplinary action or classification decision?
2. Did you first talk to the appropriate person to informally solve the incident?
3. Did you file a Request for Interview Form (cop-out) on this incident **and** receive a response?

**CIRCLE**
- (Yes) No
- Yes (No)
- Yes (No)

If you said "NO" to any of these questions, the grievance may be screened and returned.

**INSTRUCTIONS:**
1. Limit this grievance to ONE incident.
2. Attach the completed Request for Interview Form copy OR describe HOW you attempted to solve it informally:
   a. WHO did you talk to?
   b. WHEN did you talk with him/her?
   c. WHAT were you told?
3. Attach up to two additional pages of narrative to describe the incident.

**AFFIRMATION and SIGNATURE:**
1. I affirm that this grievance is filed within 30 days of the incident or my knowledge of the incident.
2. I affirm the following statements are true and accurate and that I may be disciplined for providing false information pursuant to 22 AAC 05.400.

**PRISONER'S SIGNATURE:** [signature]

ON 04-24-2024 I WAS HOSPITALIZED FOR A CONCUSSION, A SAVERE TRAUMATIC BRAIN INJURY, & VARIOUS INJURIES TO MY HEAD & FACE TO INCLUDE POSSIBLE RE FRACTURES OF CHEEK & NASAL WALL. THE OFFICERS SLAMMED MY HEAD INTO THE CONCRETE, MORE THEN ONCE, USED THIER KNEES TO PIN MY HEAD & NECK TO THE GROUND & TWISTED MY WRISTS & ANKLES SO SEVERELY I STILL HAVE LOSS OF SENSATION/FEELING. SSGT. SMITH, CO ALLGOOD, CO BUSCHERO, CO SAINT JOHN, CO OLERICN & CO BROOSCARD WERE ALL INVOLVED. Sgt. SMITH TOOK PHOTOS OF MY INJURIES & MADE VIDEO OF THE INCIDENT. REFERENCE LOG # 24-24532

**I REQUEST THE FOLLOWING RELIEF** (State the outcome you are seeking): 1. JUSTLY COMPENSATED FOR PAIN & SUFFERING 2. THE IMMEDIATE DISMISSAL OF ALL OFFICERS INVOLVED. 3. AN IMMEDIATE LITIGATION HOLD ON VIDEO EVIDENCE & PHOTOS. 4. CONTACT AST TO INVESTIGATE THIS ASSAULT. CENTRAL MONITORING SEPERATERS BETWEEN MYSELF, ALL INVOLVED OFFICERS & SUPER INTENDANT ZENNER.

I acknowledge receipt of this grievance and have issued the log number above for reference. Please refer to assigned log number with any inquiries about this grievance.

**DATE RECEIVED:** 5-15-24
**STANDARDS OFFICER'S SIGNATURE:** [signature]

Page 1 of 2

*Form 808.03C*
*Rev. 10/06*

Case 3:25-cv-00042-SLG   Document 1-3   Filed 02/28/25   Page 5 of 5