


ATTACHMENT 4

130 Seward Street, Suite 501, Juneau, Alaska 99801
1500 West Benson Boulevard, Anchorage, Alaska 99503
907.269.5290    907.465.4970    800.478.2624
ombudsman@akleg.gov ● ombud.alaska.gov

December 6, 2024

Brendon Valdez, #531930
Anchorage Correctional Complex
1400 East 4th Avenue
Anchorage, AK 99501

Re: Ombudsman Complaint #2024-05-0659 (Closed)

Dear Mr. Valdez,

I am writing to you because we have completed our investigation of your complaint about Department of Corrections (DOC) employees at Wildwood Correctional Center (WCC) and the Division of Health and Rehabilitation Services (HARS).

In an ombudsman complaint form our office received on May 15, 2024, you alleged that, on April 24, 2024, correctional officers (COs) at WCC used unnecessary force on you, which led to injuries and a trip to the hospital where you were diagnosed with a traumatic brain injury and other injuries. In your complaint, you wrote that you wanted DOC to acknowledge that the COs used excessive force and institute a separatee order to keep those COs away from you. You also requested information about how to file a lawsuit against DOC.

On July 12, 2024, I spoke to you over the phone. I explained that our office could not provide the remedy you requested. You told me that you would still like our office to investigate your complaint. During this call, you told me that you were still waiting for medical appointments that you received a referral for after your April 24, 2024, hospitalization at Central Peninsula Hospital. On July 12, 2024, I sent you a letter confirming that your complaint had been accepted for investigation, stating that Assistant Ombudsman Elizabeth Jenkins and I would be investigating your complaint.

We reviewed relevant statutes, DOC policy for use of force training, and records related to the April 24, 2024 incidents, including video recordings. We spoke with DOC leadership at the institutional and departmental levels. We reviewed your medical records and spoke with HARS employees.

The evidence we reviewed did not support your allegation that DOC employees used unnecessary force against you. However, while investigating your complaint, our team discovered deficiencies with how the facility standards officer at WCC screened your grievances about the incidents. Our office communicated the issue to WCC Superintendent Jonathan Barcus on July 15, 2024, and he confirmed that WCC has made efforts to resolve the issue of prematurely screening grievances.

The evidence we reviewed supported that, at the time of your complaint, you had an outstanding approved referral for appointments with an ophthalmologist and an ear, nose, and throat (ENT) surgeon. The evidence showed that your ophthalmologist appointment was twice delayed because the ophthalmologist did not receive necessary medical records from DOC. We discussed this delay with Chief Clinical Officer Hope Zachman, who said that efforts were ongoing to reschedule your ophthalmologist appointment, which would produce a plan of care that would determine if the ENT appointment was needed. DOC confirmed that you had your ophthalmologist appointment on August 19, 2024, and DOC received a plan of care for you, resolving that portion of your complaint.

Your complaint with our office is now closed. One allegation in your complaint was unsupported by a preponderance of the evidence and DOC took action to resolve the other allegations in your complaint.

As I said during our July 12, 2024, phone call, our office cannot offer legal advice. If you believe your civil liberties have been violated, you can contact the American Civil Liberties Union (ACLU) of Alaska. The ACLU considers cases involving the constitutional rights and liberties of Alaskan citizens, including inmates' rights. Complaints can be sent to:

ACLU of Alaska
1057 W. Fireweed Lane, Suite 207
Anchorage, Alaska 99503
Phone: (907) 258-0044

While I know that this is not the outcome you hoped for in contacting our office, I hope that this letter contains information that you find useful. If you believe we have erred in closing your complaint, you can file an ombudsman grievance. I have included copies of our grievance policy and a grievance form with this letter.

Sincerely,

Ben Hohenstatt
Assistant Ombudsman

Brendon Valdez, 531930, December 6, 2024                                                                    Page 2 of 2
Case 3:25-cv-00042-SLG    Document 1-4    Filed 02/28/25    Page 2 of 2